*Randall D. Unger*
Attorney-at-Law

---

42-40 Bell Boulevard, Suite 302 • Bayside, NY 11361        Tel: (718) 279-4500 • Fax: (718) 281-0850

September 2, 2014

Clerk of the Court
United States Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: U.S.A. v. Victor Osa Ohanmu
      Dkt. No. 14-1533

Dear Sir/Madam:

  This is to advise the Court that I have submitted a CJA 24 form to the Court requesting authorization for obtaining the transcripts of the appellant's trial and sentencing. I am still awaiting the Court's approval of that request. Once I obtain the necessary authorization, I will forward it to the court reporter who has promised that she will furnish me with the needed transcripts soon thereafter.

  I will advise the Court within 14 days of the status of this matter.

            Very truly yours,

            Randall D. Unger
            Attorney for Appellant